# UNITED STATES DISTRICT COURT
for the
District of Delaware

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 16- 168 M
Information Associated with Apple iCloud account: )
"fotbal7392@icloud.com" )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Northern___ District of ___California___
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before ___Sept. 30, 2016___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __9-16-16  3:00 pm__    _____
*Judge's signature*

City and state: __Wilmington, Delaware__    Honorable Sherry R. Fallon, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: 16-168M | Date and time warrant executed: 9/16/16 @ 1551 | Copy of warrant and inventory left with: Apple icloud subpoenas@apple.c[om] Privacy & Law Enforcement Compliance unit. via email |

Inventory made in the presence of:
November 3, 2016 @ 1:04 PM

Inventory of the property taken and name of any person(s) seized:

Results returned via email — link download viewed — all icloud based items —

- Photographs
- emails
- notes
- contacts
- library
- back up

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/10/16

*Yvette A. Thomas*
Executing officer's signature

Printed name and title

Sworn to and subscribed before me
Nov. 10, 2016

Sherry R. Fallon
U.S. Magistrate Judge

# ATTACHMENT B
# DESCRIPTION OF ITEMS TO BE SEIZED

I. **Information to be disclosed by Apple Inc.**

To the extent that the information described in Attachment A is within the possession, custody, or control of Apple Inc., Apple Inc. is required to disclose the following information to the government for the account listed in Attachment A. Such information should include the following:

1. The contents of all emails, instant messages, and/or other communications stored in the email account for "fotbal7392@icloud.com," including copies of emails and instant messages sent to and from the account, draft emails and instant messages, the source and destination addresses associated with each email and/or instant message, the date and time at which each email/instant message was sent, and the size and length of each email/instant message;

2. Any and all deleted emails, instant messages, and/or other communications that are still maintained and/or preserved by Apple Inc., including any information described in paragraph 1 above;

3. Any and all photographs, videos, visual depictions, instant messages, or other content stored in the iCloud account for "fotbal7392@icloud.com," and all information pertaining to the source of such photographs, videos, visual depictions, messages, and other stored content, including any and all photographs, videos, visual depictions, instant messages, or other content that the user may have deleted or attempted to delete but that are still maintained and/or preserved by Apple Inc.;

1

4. All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers, and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the types of service utilized, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative email addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

5. All records or other information stored by any individual using the account, including profile, address books, contact and buddy lists, calendar data, pictures, and files;

6. All records pertaining to communications between Apple Inc. and any person regarding the account, including contacts with support services and records of actions taken.

7. All records associated with other services provided with an iCloud account, to include: iCloud, Groups, Office, Photos, Spaces, iTunes, and iPhone.

## II.    Information to be seized by the government

All information described in Section I that is evidence, contraband, fruits or instrumentalities of possessing, producing, or distributing child pornography, in violation of Title 18, United States Code, Sections 2251, 2252, and 2252A, for the account listed on Attachment A, including but not limited to the following items:

1. Child pornography, as that term is defined herein;

2. Child erotica, as that term is defined herein;

3. Evidence of who possessed, transported, distributed, received child erotica or child pornography;

4. Correspondence, records, electronic mail, chat logs, and electronic messages that pertain to child erotica or child pornography;

5. Evidence of who created, used, owned, controlled, altered, and/or cancelled the account listed on Attachment A, including evidence of the dates and times that the account listed on Attachment A was created, used, owned, controlled, altered, and/or cancelled; and passwords and encryption keys, and other access information that may be necessary to access the account or identifier listed on Attachment A and other associated accounts.

**III. By Order of the Court**

1. Pursuant to Title 18, United States Code, Section 2705(b), the Court orders Apple Inc. not to notify any person of the existence of this warrant for 180 days from service of this attachment.

2. The Court further orders Apple Inc. to continue to maintain the email account and iCloud storage account of fotbal7392@icloud.com in an open and active status, so as not to disrupt this ongoing investigation.