IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | ) ) ) |
| Information Associated with Apple iCloud account: fotbal7392@icloud.com | ) No. 16-168M ) ) ) |

## MOTION AND ORDER TO UNSEAL SEARCH WARRANT

NOW COMES the United States of America, by and through its attorneys, David C. Weiss, Acting United States Attorney for the District of Delaware, and Graham L. Robinson, Assistant United States Attorney for the District of Delaware, and hereby moves that the search warrant in the above-captioned matter be unsealed.

Respectfully Submitted,

DAVID C. WEISS
ACTING UNITED STATES ATTORNEY

By: _____
Graham L. Robinson
Assistant United States Attorney

Dated: April 6, 2017

AND NOW, this __18__ day of __April__, 2017, based upon the foregoing Motion, IT IS ORDERED that the search warrant in the above case be unsealed.

_____
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2017 APR 18 PM 3:20